PROPOSED ORDER/COVER SHEET

E-filing

| | | | |
|---|---|---|---|
| TO: | Honorable Edward M. Chen<br>U.S. Magistrate Judge | RE: | Richard Lee Zarr |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | 3-06-70454 |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jill Brenny                                  (415)436-7510
                                             TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____    Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  A. **The defendant shall not possess any drugs or alcohol**

  B. **The defendant shall submit to mental health counseling at the discretion of Pretrial Services**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                _____
JUDICIAL OFFICER                                9/4/06
                                                DATE

Cover Sheet (12/03/02)