IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD LEE ZARR,<br><br>        Defendant. | No. CR 3-06-70454 EMC<br><br>[PROPOSED] STIPULATED ORDER RE: CHANGE OF PLEA<br><br>**Current Hearing Date:** Thursday, November 9, 2006 at 1:30 pm<br><br>**Proposed Hearing Date**: Thursday, November 16, 2006 at 11:00 am |

      The above-entitled matter is currently scheduled for a change of plea on Thursday, November 9, 2006 at 1:30 pm. Mr. Zarr's counsel, Mr. Kalar, will be out of the office on that date on a work-related assignment. Therefore, the parties jointly request that the plea hearing be put over until November 16, 2006 at 11:00 a.m. The parties also request that time be excluded under the Speedy Trial Act until November 16, 2006 at 11:00 a.m. to permit continuity of defense counsel.

      For good cause shown the matter shall be moved from November 9th to the 16th, 2006 at 11:00 a.m. Time shall be excluded under the Speedy Trial Act until November 16, 2006 for continuity of

//

//

//

*Zarr*, CR 3-06-70454 EMC
ORD. CONT. CHANGE OF PLEA

counsel.

IT IS SO ORDERED.

11-1-06
DATED

> IT IS SO ORDERED
> *Jaunes Larson*
> Judge James Larson
> ...ES LARSON
> Chief Magistrate Judge

IT IS SO STIPULATED.

_____       \_\_/s_____
DATED                        KEVIN V. RYAN
                             United States Attorney
                             Northern District of California
                             DEREK R. OWENS
                             Assistant United States Attorney


_____       \_\_/s_____
DATED                        BARRY J. PORTMAN
                             Federal Public Defender
                             Northern District of California
                             STEVEN G. KALAR
                             Assistant Federal Public Defender

*Zarr*, CR 3-06-70454 EMC
ORD. CONT. CHANGE OF PLEA                  2